_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 09, 2022
_____

Michael R. Brooks, Esq. (SBN 7287)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Phone: (702) 385-2500
Fax: (702) 385-2086
Email: mbrooks@hutchlegal.com

Attorneys for Creditor
West Town Bank & Trust

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| In Re: CHARM HOSPITALITY, LLC,<br><br>Debtor. | Case No.: 20-50880-NMC<br><br>CHAPTER 11<br><br>Date of Hearing: December 2, 2021<br><br>Time of Hearing: 11:00 a.m. |

**ORDER DENYING CONFIRMATION OF AMENDED CHAPTER 11 PLAN**

**WHEREAS**, the hearing on Debtor's Confirmation of Amended Chapter 11 Plan having come on regularly for hearing at the above-stated date and time, Brandy Brown, Esq. appearing on behalf Cham

1

Hospitality, LLC ("Debtor"), and Michael R. Brooks, Esq. appearing on behalf of Secured Creditor;

**WHEREAS**, the Court finds that proper notice having been given,

**WHEREAS**, the Court having heard the representations of counsel, and having reviewed the Pleadings and Exhibits on file herein,

**WHEREAS**, the Court, pursuant to Federal Rule of Civil Procedure 52 made applicable to this matter pursuant to Federal Rule of Bankruptcy Procedure 7052 incorporates by reference its findings of fact and conclusions of law read into the record at the hearing of this matter;

**WHEREAS**, good cause appearing therefore, the Court orders as follows:

**IT IS HEREBY ORDERED, and ADJUDGED** that Debtor's Confirmation of Amended Chapter 11 Plan is hereby denied.

**IT IS SO ORDERED.**

**HUTCHISON & STEFFEN, PLLC**

 /s/ Michael R. Brooks
Michael R. Brooks, Esq.
Nevada Bar No. 7287
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorney for Secured Creditor*
*West Town Bank & Trust*

2

**LR 9021 Certification**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling that (check one):

    _____ The Court has waived the requirement of approval under LR 9021(b)(1).

    _____ No party appeared at the hearing or filed an objection to the motion.

    \_\_X\_\_ I have delivered a copy of this proposed order to all counsel appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

    _____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

*/s/ Michael R. Brooks*
_____
Michael R. Brooks, Esq.
Attorney for Creditor

3